UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:09-CR-00006-RLY-TAB |
| | ) | |
| CHRISTOPHER PHILPOT, | ) | - 1 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 23, 2025, the Court held a hearing on the Request for the Court to Modify Special Condition of Supervision No. 9 filed on June 6, 2025.  Defendant Philpot appeared in person and by FCD counsel Leslie Wine.  Government represented by AUSA Pamela Domash. USPO represented by Tasha Taylor.

The government moved to modify Special Condition of Supervised Release No. 9 to read as follows:

> You shall not have unsupervised meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have supervised meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.  You are permitted to have unsupervised contact with your two biological children R.P. and H.P.

Defendant did not oppose the government's request and consented to the requested modification.

Accordingly, the Magistrate Judge hereby recommends that paragraph 9 of Defendant's Special Conditions of Supervision be MODIFIED as set forth above.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 23 OCT 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal